UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  09CR1483-JM |
| ) | |
| Plaintiff, ) | **ORDER AUTHORIZING** |
| v. ) | **EXTRAORDINARY** |
| ) | **INTERPRETER FEES** |
| CESAR HERNANDEZ-CRUZ, ) | **(18 U.S.C. 3006A(e)(1))** |
| ) | |
| Defendant. ) | |
| _____) | |

Good cause appearing, it is hereby ordered that extraordinary fees not to exceed $1,750.00 are approved at this time for additional interpreter services provided by interpreter, Professor John Haviland, at the rate of $200.00 per hour.  The Court approves this expense pursuant to 18 U.S.C. § 3006A(e)(1) based on the defense application demonstrating the services were necessary for the adequate representation of the defendant.

DATED:  June 25, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge